**Order entered August 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00180-CR
No. 05-14-00181-CR

**MICHELLE SERBU MCCRANEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-82989-2012, 401-8299-2012**

## ORDER

The Court has before it appellant's motion to dismiss the appeals. The motion is not signed by both appellant and counsel, as is required by Texas Rule of Appellate Procedure 42.2(a). Accordingly, pursuant to our order of August 25, 2014, we order the appeal submitted without briefs as of September 2, 2014 to a panel consisting of Justices O'Neill, Lang-Miers, and Brown.

/s/    LANA MYERS
       JUSTICE